

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KATHERINE MACFARLANE**<br>phone: (212) 788-1001<br>fax: (212) 788-9776<br>email: kmacfarl@law.nyc.gov |

June 26, 2012

**By ECF**
Honorable Frederick Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>Reginald Martin v. The City of New York, et al.</u>, 12-cv-558-FB-LB

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing the defendant in this action. I write pursuant to the Court's request that defendant inform the Court as to whether defendant will move to dismiss plaintiff's amended complaint. Defendant intends to answer plaintiff's amended complaint, and will not be filing a motion to dismiss at this time.

      I thank the Court for its consideration of this letter, as well as its guidance regarding this matter.

                         Respectfully submitted,

                          /s/

                          Katherine Macfarlane

cc:   **By ECF**
      Robert Tolchin
      Aaron Solomon
      THE BERKMAN LAW OFFICE, LLC
      *Attorneys for Plaintiff*